QUEENS VILLA CONSTRUCTION COMPANY, appellant, v. Stella C. SHIELDS, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judg-

ment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Joseph E. QUINN, respt., v. The FOUNDATION COMPANY, applt. (Supreme Court Appellate Division, Third Department. May 11, 1916.) Motion denied.